459 A.2d 36

Commonwealth v. Lantzy, Appellant.
Petition for Allowance of Appeal
Denied Aug. 3, 1983.

Submitted January 11, 1982. Benjamin S. Blakley, for appellant; Thomas F. Morgan, District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.

459 A.2d 37

Commonwealth v. Marshall, Appellant.

Submitted May 22, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

For the foregoing reasons, judgment of sentence is affirmed.

PRICE, J., did not participate in the consideration or decision of this case.